## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on January 08, 2020**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :    **Criminal No.** |
| | : |
| | :    **VIOLATIONS:** |
| **v.** | : |
| | :    **18 U.S.C. § 371** |
| | :    **(Conspiracy to Commit Passport Forgery** |
| **KHALED HAMDAOUI,** | :    **and Counterfeiting, Visa Fraud, and to** |
| **Also known as "JAN ROSSO,"** | :    **Defraud the United States)** |
| | : |
| | :    **18 U.S.C. § 1543 (Passport Forgery,** |
| **Defendant.** | :    **Counterfeiting, and Use of False** |
| | :    **Passport)** |
| | : |
| | :    **18 U.S.C. § 1546 (Visa Fraud)** |
| | : |
| | :    **18 U.S.C. § 2 (Aiding and Abetting and** |
| | :    **Causing an Act to be Done)** |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE
### (Conspiracy)

At all times relevant to this Indictment:

## INTRODUCTION

1.     KHALED HAMDAOUI, also known as "JAN ROSSO," (hereinafter "defendant HAMDAOUI") was a national of Tunisia residing in Istanbul, Republic of Turkey ("Turkey").

2.     A U.S. lawful permanent resident card, also known as an "LPR card," "alien registration receipt card," "green card," or "I-551," is a document that is proof of U.S. residency.  LPR cards

are lawfully issued by the U.S. Department of Homeland Security ("DHS"), which is headquartered in Washington, D.C.

3.      A U.S. passport is an identification and travel document available to U.S. citizens.  U.S. passports are lawfully issued by the U.S. Department of State ("DOS"), which is headquartered in Washington, D.C.

4.      A U.S. visa is a document placed into a traveler's passport that allows a citizen of a foreign country to enter the United States. U.S. visas are lawfully issued by DOS.

5.      U.S. entry stamps are markings placed in the passports of foreign visitors to the United States upon entry.  These stamps are placed by U.S. Customs and Border Protection, an agency of DHS.

6.      Defendant HAMDAOUI is not an employee of DHS or DOS and has no lawful authority to issue U.S. passports or any U.S. visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

## JURISDICTION AND VENUE

7.      All of the acts described in this Indictment were begun and committed in Turkey and elsewhere outside the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

## THE CONSPIRACY

8.      Beginning on or about February 28, 2017, and continuing through on or about November 8, 2018, in Turkey and elsewhere outside the United States, defendant HAMDAOUI did

2

knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the Grand Jury to commit offenses against the United States, that is:

    a. To commit offenses against the United States, more particularly:

        i. to willfully and knowingly use, attempt to use, and furnish to another for use false, forged, counterfeited, mutilated, and altered passports, in violation of Title 18, United States Code, Section 1543; and

        ii. to knowingly forge, counterfeit, alter, and falsely make any visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, and utter, use, attempt to use, possess, obtain, accept, and receive any such visa, permit, or other document; and sell and otherwise dispose of, and offer to sell or otherwise dispose of, and utter, such visa, permit, or other document, to any person not authorized by law to receive such document that is U.S. LPR cards, during and in relation to a violation of Title 18, United States Code, Section 1546; and

    b. to defraud the United States by impeding, impairing, obstructing, and defeating, through the use of deceit, craft, trickery, and dishonest means, the lawful government functions of administering laws and regulations governing U.S. passports and the lawful government functions of administering laws and regulations governing U.S. visas, permits, border crossing cards, alien registration receipt cards, and other documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

3

## Objects of the Conspiracy

9.     The objects of the conspiracy were:

    a.  To acquire and alter, or make, and sell fraudulent U.S. identity and travel documents;

    b.  To make a financial profit for defendant HAMDAOUI and other conspirators; and

    c.  To evade the laws and regulations governing U.S. passports and U.S. visas, permits, border crossing cards, alien registration receipt cards, and other documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

## Manner and Means of the Conspiracy

10.     The conspirators would and did use the following manner and means, among others, to accomplish the objects of the conspiracy:

    a.  Conspirators forged, or obtained and altered, U.S. passports, U.S. visas, and U.S. LPR cards (collectively, "fraudulent documents").

    b.  Conspirators affixed fraudulent U.S. entry stamps into client's foreign passports to make it appear as though the clients had previously entered the United States.

    c.  Defendant HAMDAOUI operated an online social media account, in the name of "Jan Rosso" ("the Rosso Account").

    d.  Defendant HAMDAOUI used the Rosso Account to advertise U.S. fraudulent documents for sale.

e. Defendant HAMDAOUI communicated with potential clients on the social media platform and answered questions about the U.S. fraudulent documents he had for sale, including how the documents could be used to travel.

f. Defendant HAMDAOUI instructed clients to provide photographs, signatures, and biographical information that could be used to create or alter U.S. fraudulent documents.

g. Defendant HAMDAOUI communicated prices for fraudulent documents and provided payment instructions to clients.

h. Defendant HAMDAOUI showed clients photographs of altered U.S. LPR cards and other fraudulent documents to demonstrate the quality of the fraudulent documents he had for sale.

i. Defendant HAMDAOUI and other conspirators accepted payment for the documents by wire transfer.

j. Defendant HAMDAOUI and other conspirators shipped the fraudulent documents to clients or arranged to provide the documents in person to the client or to a courier.

## Overt Acts

11. In furtherance of the above-referenced conspiracy, and to achieve the objects and purposes thereof, defendant HAMDAOUI and his co-conspirators committed and caused to be committed at least one of the following overt acts, among others:

a. Between on or about February 28, 2017 and November 8, 2018, defendant HAMDAOUI, using the name social media account vanity name "Jan Rosso," offered

5

to sell forged or altered U.S. passports, U.S. LPR cards, and U.S. visas to individuals who contacted him through social media.

Sale of Fraudulent U.S. LPR Card to "M.D."

b.   On or about June 8, 2017, defendant HAMDAOUI offered to provide M.D. with a U.S. LPR card for $900.

c.   On or about June 8, 2017, defendant HAMDAOUI provided M.D. with an address to which M.D. would need to send his foreign passport so that U.S. entry stamps could be affixed.

d.   On or about June 12, 2017, defendant HAMDAOUI provided photos of the completed U.S. LPR card and instructed M.D. to send his passport so that U.S. entry and exit stamps could be affixed.

e.   On or about June 13, 2017, defendant HAMDAOUI confirmed to M.D. that M.D.'s passport had arrived.

f.   On or about June 15, 2017, defendant HAMDAOUI arranged to retrieve a wire transfer payment from M.D. of about 400 Euro (approximately $450).

g.   On or about June 20, 2017, defendant HAMDAOUI provided M.D. a photo of a passport page containing two stamps purporting to be U.S. entry stamps, dated February 20, 2016 and February 27, 2016.

<u>Sale of Fraudulent U.S. LPR Card to UCA</u>

Between on or about November 13, 2017 and January 26, 2018, defendant HAMDAOUI communicated with an undercover agent (hereinafter "UCA") of the Department of Homeland Security ("DHS") and agreed to sell the UCA a counterfeit U.S. LPR card.

     h.  Between or about January 17, 2018 to January 20, 2018, defendant HAMDAOUI instructed the UCA to pay a down payment for the LPR card and told the UCA to provide a photograph, biographical information, and a signature to be used for the U.S. LPR card.

     i.  On or about January 23, 2018, defendant HAMDAOUI sent the UCA photos of the U.S. LPR card created for the UCA, bearing the photograph, biographical information, and signature provided by the UCA.

     j.  On or about January 26, 2018, defendant HAMDAOUI sent the UCA photographs of shipping information, including a tracking number, for the package in which the U.S. LPR card was sent to the name and address provided by the UCA.

<u>Sale of Fraudulent U.S. Passport to "M.Z" for "A.E."</u>

     k.  Between on or about October 24, 2017 to November 8, 2018, defendant HAMDAOUI communicated with an individual online ("M.Z.") who asked defendant HAMDAOUI to provide a U.S. passport for another person, "A.E."  Defendant HAMDAOUI agreed to provide a U.S. passport and instructed M.Z. to provide a photograph, signature, and biographical information for A.E.

l.   On or about January 25, 2018, defendant HAMDAOUI informed M.Z. that the U.S. passport was ready and sent a photograph of what appears to be a U.S. passport with A.E.'s name and a photo that M.Z. had provided.

Additional Offers to Sell fraudulent U.S. LPR Cards

m.   On or about April 16, 2017 to May 25, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "M.A." for $900.

n.   On or about May 9, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "S.A.H." for $900.

o.   On or about May 10, 2017 to May 12, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "S.A.O." for $900.

p.   On or about May 17, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "K.A." for $900.

q.   On or about May 17, 2017 to May 20, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "A.S." for $900.

r.   On or about May 21, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "A.S.(2)" for "9 bills."

s.   On or about May 20, 2017 to June 14, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "A.A.I." for $900.

t.   On or about June 10, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "A.A.N." for $900.

u.   On or about June 15, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "K.S." for $900.

v.   On or about August 3, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "A.M." for $900.

w.   On or about September 26, 2017, defendant HAMDAOUI offered to sell a U.S. LPR card to "S.B." for $900.

x.   Between on or about December 13, 2017 and December 15, 2017, defendant HAMDAOUI offered to sell a U.S. visa to "O.S.M." for $1,600.

(**Conspiracy to Commit Passport Forgery and Counterfeiting, Visa Fraud, and to Defraud the United States**, in violation of Title 18, United States Code, Section 371)

## COUNT TWO
### (Passport Fraud)

12.   The allegations in Paragraphs 1 through 10 are incorporated and realleged by reference in Count Two.

13.   In or around November 2017 to February 2018, in Turkey and elsewhere, defendant HAMDAOUI did willfully and knowingly furnish to another for use a false, forged, and counterfeited, mutilated and altered passport, that is, defendant HAMDOUI furnished to "M.D." what appeared to be a passport in the name of "M.D." issued from the Syrian Arab Republic ("Syria") to which fraudulent U.S. entry stamps had been added.

(**Passport Forgery, Counterfeiting and Use of False Passport**, in violation of Title 18, United States Code, Section 1543; **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

## COUNT THREE
### (Passport Fraud)

14.     The allegations in Paragraphs 1 through 10 are incorporated and realleged by reference in Count Three.

15.     In or around February 2018, in Turkey and elsewhere, defendant HAMDAOUI did willfully and knowingly furnish to another for use a false, forged, and counterfeited, mutilated and altered passport, that is, a U.S. Passport manipulated to bear the name, photo, and other information for "A.E.," in that the defendant furnished said passport to "M.Z." for use by "A.E."

(**Passport Forgery, Counterfeiting and Use of False Passport,** in violation of Title 18, United States Code, Section 1543; **Aiding and Abetting,** in violation of Title 18, United States Code, Section 2)

## COUNTS FOUR THROUGH SEVENTEEN
### (Visa Fraud)

16.     The allegations in Paragraphs 1 through 10 are incorporated and realleged by reference in Counts Four through Seventeen.

17.     On or about the dates set forth below, in Turkey and elsewhere, defendant HAMDAOUI did knowingly sell and otherwise dispose of and offer to sell and otherwise dispose of and utter an immigrant visa, nonimmigrant visa, permit, or other document required for entry into the United States, that is, the following U.S. LPR cards and U.S. visa, to a person not authorized by law to receive said document, as specified in Counts Four through Seventeen of this Indictment, as set forth below.

| Count | Document/Customer | Approximate Date |
|-------|-------------------|------------------|
| 4 | Offer to sell and sale of LPR Card to "M.D." | April 21, 2017 to June 28, 2017 |
| 5 | Offer to sell LPR Card to "M.A." | April 16, 2017 to May 25, 2017 |
| 6 | Offer to sell LPR Card to "S.A.H." | May 9, 2017 |
| 7 | Offer to sell LPR Card to "S.A.O." | May 10, 2017 to May 12, 2017 |

| Count | Document/Customer | Approximate Date |
|-------|-------------------|------------------|
| 8 | Offer to sell LPR Card to "K.A" | May 17, 2017 |
| 9 | Offer to sell LPR Card to "A.S." | May 17, 2017 to May 20, 2017 |
| 10 | Offer to sell LPR Card to "A.S.(2)" | May 21, 2017 |
| 11 | Offer to sell LPR Card to "A.A.I." | May 20, 2017 to June 14, 2017 |
| 12 | Offer to sell LPR Card to "A.A.N." | June 10, 2017 |
| 13 | Offer to sell LPR Card to "K.S." | June 15, 2017 |
| 14 | Offer to sell LPR Card to "A.M." | August 3, 2017 |
| 15 | Offer to sell LPR Card to "S.B." | September 26, 2017 |
| 16 | Offer to sell U.S. Visa to "O.S.M." | December 13, 2017 to December 15, 2017 |
| 17 | Offer to sell and sale of LPR Card to UCA | November 13, 2017 to February 5, 2018 |

(**Visa Fraud,** in violation of Title 18, United States Code, Section 1546(a); **Aiding and Abetting,** in violation of Title 18, United States Code, Section 2)

A TRUE BILL

FOREPERSON

*Michael R. Sherwin /SM/*

Attorney of the United States in
and for the District of Columbia